IN THE UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Manuel A. Wagan )
    Petitioner, )
                     ) Case No. CV-08-1082
vs. ) ALTERNATIVE WRIT OF MANDATE
SAN MATEO COUNTY SUPERIOR COURT )
    Respondent, ) WHA
CALIFORNIA ATTORNEY GENERAL ) (PR)
    Real Party in Interest. )

    Whereas it appears from the petition filed in the above captioned proceeding to be the Respondent mandatory ministerial duty to comply with the requirements of Penal code §664 (a) as define in §189 that Life sentence <u>Shall</u> <u>Not</u> be impose because petitioner was never been convicted by the jury and the jury <u>did not</u> make a <u>separate</u> finding of <u>True</u> in the premeditation allegation as <u>Mandatorilly</u> required by PC §664(a) and CALJIC 8.67. "The touchtone of due process is the protection of the individual against arbitrary government action. Dent v. West Virginia, 129 U.S. 114, 123 (1899); Wolff v. McDonnell, 418, U.S. 539, 558 (1974); Daniels v. Williams, 474 U.S. 327, 331 (1986). Petitioner's conviction of attempted first degree murder a noncrime in California, Bright, supra, at p. 664; Macias, supra, at 471-472; In re Brown, (1973) 9 C.3d 612, 624; Keeler v. Superior Court (1970) 2 C.3d 631-632 (no punishment without law) "the principle of nulla poena sine lege is foundational to american criminal jurisprudence." See, also People v. Bean (1989) 213 C.App.3d 646;

1

1  In re Winship, 90 S. Ct. 1068 (1970); Cunningham v. California 2007
2  U.S. LEXIS 1324; Apprindi v. New Jersey 530 U.S. 466; In re Sandel
3  , supra, Id. at 412; concerning the unconstitutional and illegal
4  Life sentence imposed to petitioner by the respondent without
5  petitioner's conviction of willful, deliberate and premditated
6  allegation that violated petitioner's due process right under the
7  Cal. Const., Art., 1, §7(a) and the U.S. Constitution 8th and 14th
8  Amendment.  Petitioner seek the Court to reversed petitioner's
9  conviction of "Attempted first degree murder" and his life sentence
10 be vacated and that a judgment of aquital be entered. Petitioner
11 have no plain, speedy, and adequate remedy in the ordinary course
12 of the law.
13     Whereas, by an Order of the court set fort below, it was ordered
14 that a Writ of Mandate/Prohibition should issue to you; therefore,
15 we command of you that immediately after receipt of this writ you
16 meet your public duty and reversed and vacate petitioner's convic-
17 tion of Attempted first degree murder and his life sentence and that
18 a judgment of acquital be entered, and until you comply with the
19 Cal. PC § 664(a), as define §189, CALJIC 8.67, Cal. const., Art., 1
20 , §7(a), §14 and the U.S. const., 8th, and 14th Amendment and case
21 law or that you Show cause before this Court at the Courtroom there-
22 of at The United State District  Court, Northern District of Calif-
23 ornia, U.S. Courthouse, 450 Golden Gate Ave., San Francisco, CA.
24 94102-3483, on _____at_____o'clock_____of said day, or
25 as soon thereafter as Counsel can be heard, why you have not done
26 so.
27     Witness the Honorable_____atttested by my

name and seal of said Court on this _____.

**LET THE FOREGOING WRIT ISSUE**.

    It I ORDERED that a copy of this alternative writ and a copy of the petition be served at least _____ days before the hearing on the above order to show cause.

DATE: _____ 2008.

                                        Hon. Presiding Judge
                                        IN THE UNITED STATE DISTRICT
                                        COURT, NORTHERN DISTRICT OF
                                        CALIFORNIA

3