

Manuel A. Wagan
E-30055, 530-2-35 Low
Post Office Box 9
Avenal, CA 93204

In Pro Per

IN THE UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Manuel A. Wagan<br><br>    Petitioner,<br><br>v.<br><br>SAN MATEO COUNTY SUPERIOR COURT<br><br>    Respondent,<br><br>CALIFORNIA ATTORNEY GENERAL<br><br>    Real Party in Interest. | Case No. 08 1082 WHA (PR)<br><br>NOTICE OF LODEGING PROOF OF SERVICE TO THE ATTORNEY GENERAL's OFFICE - DORIAN JUNG, Deputy Attorney General [State Bar No. 200116] |

PLEASE TAKE NOTICE THAT:

    On March 2, 2008, Petitioner send DORIAN JUNG, Deputy Attorney General a copy of "PETITION FOR WRIT OF MANDATE/PROHIBITION AND DECLATORY RELIEF, AFFIDAVIT AND POINT OF AUTHORITY IN SUPPORT OF THE PETITION."

    Petitioner is requesting that the Clerk inter in the record docket that the Real Party in Interest is fully served.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: March 2, 2008.

                                          Respectfully submitted,

                                          /s/ Wagan
                                          Manuel A. Wagan, In Pro Per

NOTICE TO FILE RETURN- 30 DAYS AFTER SERVICE

## Proof of Service

I, Manuel A. Wagan, declare as follows:
   I am over 18 of age, a party hereto, and on the below listed date, I served the within document by inserting same into lawful course of United States Mail at Avenal, Ca. from which place there is regular and lawful postal communication with the recipient below designated, postage prepaid, addressed as follows: **DOCUMENT**

PETITION FOR WRIT OF MANDATE/PROHIBITION
AND DECLATORY RELIEF, AFFIDAVIT AND POINT OF AUTHORITY IN SUPPORT OF THE PETITION

**PARTY SERVED:**

1. DORIAN JUNG
   Deputy Attorney General
   [State Bar No. 200116]
   455 GOLDEN GATE AVENUE, SUITE 11000
   SAN FRANCISCO, CA 94102-7004

   I declare under penalty of perjury that the foregoing is true and correct, have for portion alleged on information and belief, which portions I believe are true.
   EXECUTED: Avenal, CA 93204, this 2 day of March 2008.

                               Signed: /s/ MWagan
                                       Manuel A. Wagan In Pro Per

Manuel A. Wagan
E30055, 530-2-35 Low
Post Office Box 9
Avenal, CA 93204

Legal Mail Confidential.

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

Confidential !

AVENAL STATE PRISON

LEGAL MAIL
AVENAL STATE PRISON
MAILROOM
MAR 3 2008

THINK, SPEAK
John Adams

BAKERSFIELD CA
02 MAR 2008 PM L T

USA FIRST-CLASS FOREVER