Manuel A. Wagan
E-30055, 530-2-35 Low
Post Office Box 9
Avenal, CA 93204

In Pro Per


FILED
08 MAR 12 PM 1:26

IN THE UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Manuel A. Wagan

    Petitioner,

  v.

SAN MATEO COUNTY SUPERIOR COURT

    Respondent,

CALIFORNIA ATTORNEY GENERAL

    Real Party in Interest.

Case No. 08 1082 WHA (PR)

NOTICE MOTION REQUESTING WITHDRAWAL OF PETITION FOR WRIT OF MANDATE/PROHIBITION BECAUSE THE COURT HAS NO JURISDICTION, WRIT OF MANDATE HAS BEEN ABOLISH IN THE DISTRICT COURT.

    Petitioner filed his Writ of Mandate/Prohibition on February 22, 2008. Petitioner is requesting this honorable Court to allow Petitioner to withdraw his petition because the Court has no jurisdiction because Petition for Writ of Mandate and Prohibition had been abolished in the District Court.

    Petitioner is requesting that the Court waive all the filling fees because his petition was defective for failure to file "Application To Proceed In Forma Pauperis.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: March 7, 2008

Respectfully submitted,

_____
Manuel A. Wagan, In Pro Per

One of One

## PROOF OF SERVICE

I, Manuel A. Wagan, declare as follows:

I am over 18 of age, a party hereto, and on the below listed date, I served the within document by inserting same into lawful course of United States Mail at Avenal, CA. from which place there is regular and lawful postal communication with the recipient below designated, postage prepaid, addressed as follows: DOCUMENT

PETITION FOR WRIT OF MANDATE/PROHIBITION
AND DECLATORY RELIEF, AFFIDAVIT AND POINT OF
AUTHORITY IN SUPPORT OF THE PETITION

NOTICE TO FILE RETURN within 30 days after service

PARTY SERVED:

1. DEPARTMENT OF JUSTICE
   OFFICE OF THE ATTORNEY GENERAL
   455 Golden Gate Ave., San francisco, CA 94102

2. SAN MATEO SUPERIOR COURT - Respondent
   FOR THE COUNTY OF SAN MATEO
   MAIN COURTHOUSE
   HALL OF JUSTICE 400 COUNTY CENTER
   REDWOOD CITY, CA. 94063-1655
   RUNDE, JOHN W.....PRESIDING JUDGE, Div/Dept 15 (650) 363-4815.

I declare under penalty of perjury that the foregoing is true and correct, have for portion alleged on information and belief, which portions I believe are true.
EXECUTED: Avenal, CA., this __7__ day of __March__ __2008__.

_____
Manuel A. Wagan, In Pro Per

**CONFIDENTIAL**

Manuel A. Wagan
E-30055, 530-2-35 Low
Post Office Box 9
avenal, CA 93204

Legal Mail Confidential

**AVENAL STATE PRISON**
Confidential

LEGAL MAIL
MAR 10 2008
AVENAL STATE PRISON
MAILROOM

BAKERSFIELD CA 932



OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102