**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL A. WAGAN, | No. C 08-1082 WHA (PR) |
|     Petitioner, | **ORDER DISMISSING CASE** |
|   v. | |
| SAN MATEO COUNTY SUPERIOR COURT, | |
|     Respondent.                 / | |

    Petitioner's request to voluntarily dismiss his petition for a writ of mandamus (document number 5) is **GRANTED**. This case is **DISMISSED**. The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: April   3   , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\WAGAN1082.DSM.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MANUEL A WAGAN,

        Plaintiff,

  v.

SAN MATEO COUNTY SUPERIOR COURT
et al,

        Defendant.
                                   /

Case Number: CV08-01082 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Manuel A. Wagan
E30055/ 530-2-26 Low
Avenal State Prison
PO Box 9
Avenal, CA 93204

Dated: April 3, 2008

                                              Richard W. Wieking, Clerk
                                              By: D. Toland, Deputy Clerk