IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL A. WAGAN,      No. C 08-1082 WHA (PR)

    Petitioner,     **JUDGMENT**

  v.

SAN MATEO COUNTY SUPERIOR COURT,

    Respondent.
                              /

    Petitioner having dismissed this case, judgment is entered in favor of respondent. Petitioner shall obtain no relief by way of his petition.

    **IT IS SO ORDERED.**

Dated: April   3  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\WAGAN1082.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MANUEL A WAGAN,

        Plaintiff,

  v.

SAN MATEO COUNTY SUPERIOR COURT
et al,

        Defendant.

Case Number: CV08-01082 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Manuel A. Wagan
E30055/ 530-2-26 Low
Avenal State Prison
PO Box 9
Avenal, CA 93204

Dated: April 3, 2008

                                      Richard W. Wieking, Clerk
                                      By: D. Toland, Deputy Clerk