Original

Manuel A. Wagan
E-30055, 530-2-35 Low
Post Office Box 9
Avenal, CA 93204

In Pro Per



FILED
APR 16 PM 1:07
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Manuel A. Wagan<br><br>    Petitioner,<br><br>v.<br><br>SAN MATEO COUNTY SUPERIOR COURT<br><br>    Respondent,<br><br>CALIFORNIA ATTORNEY GENERAL<br><br>    Real Party in Interest. | No. C 08-1082 WHA (PR)<br><br>NOTICE MOTION TO RECONSIDER AND REVERSE "JUDGMENT" ENTERED IN FAVOR OF RESPONDENT BECAUSE THE COURT HAS NO JURISDICTION TO ENTERED JUDGMENT IN FAVOR OF RESPONDENT PURSUANT TO RULE 81 (B) Mandamus are abolished; BUT IF THE HONORABLE COURT WOULD LIKE TO TAKE JURISDICTION OF PETITIONER'S WRIT OF MANDAMUS PETIONER RESPECTFULLY REQUEST THAT HE BE ALLOWED TO PROCEED IN FORMA PAUPERIS AND ORDER RESPONDENT TO RESPOND AND AJUDICATE PETITIONER'S CLAIM ON THE MERIT. (ATTACHED PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS.) |

    Petitioner filed a "Motion to voluntarily withdraw or dismiss his Petition for Writ of Mandamus/Prohibition (document number 5) because under Rule 81 (B) mandamus are abolisshed in the district court[1], so, the district court has no jurisdiction to entered "Judgment in favor of the respondent under Rule 81 (B). The "Judgment in favor of respondent must be reconsider and reverse because any ordered judgment of any court without jurisdiction is void because it violate Petitioner's "Due Process Right", liberty

---

1. Abolish, v. suppress, put an end to, cease, void, annul, invalidate, nullify, cancel, revoke, recind, repeal, eradicate, stamp-tout, annihilate, exterpate, destroy, do away with, abrogate, obliterate, erase, extinguish, put out, eliminate. By The Random House Basic Dictionary of Synonyms & Antonyms.

1

interest, and equal protection under the 14th Amendment of the United States Constitution.

Both California and Federal Jurisprudence recognice that question of jurisdiction may be raised at anytime, and cannot be waived by Petitioner. Fraytag v. Commission of Internal Revenue, 50 U.S. 868, 896, 11 S.Ct. 2631 (1991) discussing the "None waivebability" of lack of subject matter jurisdiction.

In the present case, the United States District Judge William Alsup has no jurisdiction to ordered "Judgement in favor of respondent (See Attached 2) on 04/03/08. Petitioner cannot waive his claim because Petitioner was convicted of "First Degree Attempted Murder" a noncrime in California and was sentence to Life with a possibility of parole without a conviction of willful, deliberate, and premeditated attempted murder. (See Petition for Writ of Mandate/Prohibition pages 1 to 18.) The Due Process Clause of the Fourteenth mendment of the United States Constitution in In re Winship, 397 U.S. 358, 90 S.Ct. 1068 (1970), held that due process requires that all elements of a crime be proved beyond a reasonable doubt. Thus, the Respondent violated Petitioner's due process right when it imposed a life sentence to the Petitioner without a conviction of willfu, deliberate, and premeditated attempted murder. "The Due Process Clause of the 14th Amendment was intended to prevent government 'from abusing (its) power, employing it as an instrument of oppression,'" Davidson v. Cannon, 106 S,Ct. at 670; see also DeShaney v. Winnebago Dept. of Soc. Sev., 489 U.S. 189, 196, 109 S.Ct. 998, 1003 "To secure the individual from the arbitrary exercise of

power of government."' and "to prevent governmental power from being used for purposes of eppression'". "The touchtone of due process is the protection of the individual against arbitrary government action. Dent v. West Verginia, 129 U.S. 114, 123 (1899); Wolff v. McDonnell, 418 U.S. 539, 558 (1974); Daniels v. Williams, 474 U.S. 327, 331 (1986).

But if the Honorable Court decided to take jurisdiction of Petitioner's Writ of Mandamus/Prohibition on whatever Federal Statutory Authority the Court chose to do so, Petitioner respectfully request that he be allowed to "Proceed in Forma Pauperis and order Respondent to respond to the merit of Petitioner's claims and "reconsider and reverse" "Judgment entered in favor of respondent and vacate order "Dismissiong Case". (See Attached 1 Order Dismissing Case and Attached 2 Judgment.) (See also Motion Prisoner's Application to Proceed in Forma Pauperis and Trust Account Statement and Petitioner is requesting waiver of Certified Certificate of Funds in Prisoner's Acount because of Avenal State Prison's Policy that they want to have copy of Petitoner's Legal Mail that going to the Court which violate Petitoner's right to Confidential Legal Mail.)

Therefore for the above stated reason petitioner respectfully request that the Honorable Court grant this motion in the intirest of justice so required. And appoint counsel to protect Petitioner 's right to Due Process Clause under the 14th Amendment of the U.S. Constitution. Pro Per filling must be liberally construed Haines v. Kerner, ___ S.Ct. ___.

3

Petitioner declare under the penalty of perjury that the foregoing is true and correct.

Date: April 9, 2008.

                                      Respectfully submitted,

                              _/s/ Wagan_____

                              Manuel A. Wagan, In Pro Per

UNITED STATES DISTRICT COURT

FOR TH E
NORTHERN DISTRICT OF CALIFORNIA

Manuel A. Wagan             Case No. CV08-01082 WHA

    Plaintiff,             CERTIFICATE OF SERVICE

v.

SAN MATEO COUNTY SUPERIOR COURT

    Defendant.
_____/

I, the undersigned, hereby cetify that I am the Petitioner of this case stated above and presently incarcerated in Avenal State Prison in California.

That on April 9, 2008, I SERVED a true and correct copy(ies) of th e attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail in the Avenal State Prion Mail Room or by placing said copy(ies) into the hand of Correctional Officer who handle Legal Mail in Avenal State Prison Facility Five Buildin g 530.

1. DORIAN JUNG
   Deputy Attorney General
   (State Bar No. 20016)
   455 Golden Gate Aveneue, Suite 11000
   San Fancisco, CA 94102-7004

I declare under penalty of perjury that the foregoing is true and correct, have for portion alleged on information and belief, which portions I believe are true.
EXECUTED: Avenal, CA 93204, this 9 day of April 2008.

                                     Signed: _____
                                        Manuel A. Wagan In Pro Per

**ORIGINAL FILED**

APR 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL A. WAGAN,

    Petitioner,

    v.

SAN MATEO COUNTY SUPERIOR COURT,

    Respondent.

No. C 08-1082 WHA (PR)

**ORDER DISMISSING CASE**

Petitioner's request to voluntarily dismiss his petition for a writ of mandamus (document number 5) is **GRANTED**. This case is **DISMISSED**. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April  3 , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\WAGAN1082.DSM.wpd

Attached 1   Seal M Wagan

**FILED**

APR 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL A. WAGAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SAN MATEO COUNTY SUPERIOR COURT,<br><br>　　　　Respondent.<br>_____/ | No. C 08-1082 WHA (PR)<br><br>**JUDGMENT**<br><br><br><br>ENTERED IN CIVIL DOCKET 04/03/08 |

   Petitioner having dismissed this case, judgment is entered in favor of respondent. Petitioner shall obtain no relief by way of his petition.

   **IT IS SO ORDERED.**

Dated: April 3, 2008.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\WAGAN1082.JUD.wpd

Attached 2 Seal mllagan