Original

1 | Manuel A. Wagan
2 | E-30055, 530-2-35 Low
  | Post Office Box 9
3 | Avenal, CA 93204
4 | In Pro Per

FILED
APR 15 PM 1:07
[Clerk, U.S. District Court
Northern District of California]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Manuel A. Wagan,

    Plaintiff,

vs.

San Mateo County Superior Court,

    Defendant.

CASE NO. CV 08 1082 WHA (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, __Manuel A. Wagan__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____N/A____ Net: ____N/A____

Employer: ____N/A____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  <u>Petitioner was last employed by Serramonte Auto Plaza</u>
5  <u>on September 18, 1988. Petitioner was on commission not</u>
6  <u>on salary (Average commission $1000.00.).</u>

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.  Business, Profession or        Yes ___ No _X_
10      self employment
11  b.  Income from stocks, bonds,     Yes ___ No _X_
12      or royalties?
13  c.  Rent payments?                 Yes ___ No _X_
14  d.  Pensions, annuities, or        Yes ___ No _X_
15      life insurance payments?
16  e.  Federal or State welfare payments,  Yes ___ No _X_
17      Social Security or other govern-
18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21                    N/A
22  _____

23  3.  Are you married?                Yes ___ No ___ Separated 20 years
24  Spouse's Full Name: __Edna P. Wagan__
25  Spouse's Place of Employment: __Not known to Petitioner__
26  Spouse's Monthly Salary, Wages or Income: __Do not know.__
27  Gross $ __N/A__        Net $ __N/A__
28  4.  a.  List amount you contribute to your spouse's support: $ __0__

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  **None** _____
6  _____
7  5.  Do you own or are you buying a home?           Yes ____  No **X**
8  Estimated Market Value: $ **0** _____   Amount of Mortgage: $ **0** _____
9  6.  Do you own an automobile?                     Yes ____  No **X**
10 Make **N/A** _____  Year **N/A** _____  Model **N/A** _____
11 Is it financed? Yes ____ No **X** ____ If so, Total due: $ **0** _____
12 Monthly Payment: $ **0** _____
13 7.  Do you have a bank account?  Yes ____ No **X** (Do not include account numbers.)
14 Name(s) and address(es) of bank: **N/A** _____
15 _____
16 Present balance(s): $ **0** _____
17 Do you own any cash? Yes ____ No **x** Amount: $ **0** _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No **X**
20 **N/A** _____
21 8.  What are your monthly expenses?
22 Rent: $ **0** _____                Utilities: **N/A** _____
23 Food: $ **0** _____                Clothing: **N/A** _____
24 Charge Accounts:  **None**
25 Name of Account         Monthly Payment         Total Owed on This Acct.
26 **N/A**                  $ **0**                  $ **0**
27 **N/A**                  $ **0**                  $ **0**
28 **N/A**                  $ **0**                  $ **0**

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes _X_ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Wagan v. SAN MATEO COUNTY SUPERIOR COURT Case No. 116465,

Wagan V. SAN MATEO COUNTY SUPERIOR COURT CASE No. S153547.

Wagan v. SAN MATEO COUNTY SUPERIOR COURT CASE No. 07-6191.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

04/09/08

DATE                             SIGNATURE OF APPLICANT

```
REPORT ID: TS3030  .701                              REPORT DATE: 10/29/07
                                                     PAGE NO:       1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                              AVENAL STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUL. 01, 2007 THRU OCT. 29, 2007

ACCOUNT NUMBER : E30055               BED/CELL NUMBER: 530 2 00000035L
ACCOUNT NAME   : WAGAN, MANUEL ATIENZA     ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -------------- ---------- ---------  ---------  -----------   -------

07/01/2007   BEGINNING BALANCE                                              0.00

07/27 W810  CANCELLED CHE 0456158486                            30.00-     30.00
08/03 W516  LEGAL COPY CH 700550LECO                            16.30      13.70
08/03 W512  LEGAL POSTAGE 700550LEPO                             0.80      12.90
08/03 W512  LEGAL POSTAGE 700550LEPO                             0.80      12.10
08/06 W512  LEGAL POSTAGE 700559LEPO                             0.80      11.30
08/06 W512  LEGAL POSTAGE 700559LEPO                             4.60       6.70
08/07 W516  LEGAL COPY CH 700613LECO                             5.20       1.50
08/16 W516  LEGAL COPY CH 700788LECO                             1.50       0.00
08/20 D300  CASH DEPOSIT  0817-9697              40.00                    40.00
08/22 W512  LEGAL POSTAGE 700853LEPO                             9.60      30.40
08/22 W516  LEGAL COPY CH 700853LECO                             9.80      20.60
08/28 W512  LEGAL POSTAGE 700956LEPO                             2.15      18.45
08/28 W512  LEGAL POSTAGE 700956LEPO                             2.15      16.30
09/11 W516  LEGAL COPY CH 701134LECO                            10.70       5.60
09/13 FC05  DRAW-FAC 5    5CD2701190                             5.60       0.00


                          CURRENT HOLDS IN EFFECT
    DATE       HOLD
    PLACED     CODE         DESCRIPTION             COMMENT      HOLD AMOUNT
    ------     ----    ---------------------       ---------    -----------

    10/10/2007  H109   LEGAL POSTAGE HOLD          1584LEGPOS        8.25
    10/17/2007  H118   LEGAL COPIES HOLD           701717LECO        0.40

                          TRUST ACCOUNT SUMMARY

    BEGINNING    TOTAL       TOTAL        CURRENT      HOLDS       TRANSACTIONS
    BALANCE      DEPOSITS    WITHDRAWALS  BALANCE      BALANCE     TO BE POSTED
    ---------    --------    -----------  -------      -------     ------------
      0.00        40.00        40.00        0.00        8.65           0.00

                                                      CURRENT
                                                      AVAILABLE
                                                      BALANCE
                                                      ---------
                                                         8.65-
```

*Attached Trust Account*

*M Wagan Seal*